UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP.

Plaintiff

v.

CHRISTOPHER MISSLING, ET AL.

Defendant

Case No.:1:26-cv-09245

# AFFIDAVIT OF CORPORATE SERVICE

**David Miller - Administration Assistant**, a person of suitable age and discretion, of the office of NATIONAL REGISTERED AGENTS, INC., registered agent for ANAVEX LIFE SCIENCES CORP., Nominal Defendant., at the registered address of:

That on 10/27/2026 at 2:57 PM at 701 S Carson St Ste 200, Carson City, NV 89701 I served ANAVEX LIFE SCIENCES CORP., Nominal Defendant. with the following list of documents: SUMMONS IN A CIVIL ACTION; DEMAND FOR JURY TRIAL by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with David Miller whose title is Administration Assistant.

That the description of the person actually served is as follows: Gender: Male Skin: Caucasian Age: 36 - 40 Height: 5'7 - 6'0 Weight: 161-180 Lbs Hair: Brown Eyes: Marks:

State of Nevada
County of WASHOE

Subscribed and sworn before me on 29th day of October, 2026 by Samantha Curl

Johnno W Lazetich
Notary Public
My Commision expires on: 1/28/2028

JOHNNO W LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2028

Samantha Curl
Registration#: R-2022-02620
Reno Carson Messenger Service, Inc
185 Martin St.
Reno, NV 89509

Order #:R232114
Their File 1:26-cv-09245